**Order entered April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01294-CV

### TOM KARTSOTIS, Appellant

### V.

### RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, AND NANCY BLOCH AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-04489

## ORDER

We **GRANT** the parties' April 10, 2015 joint motion to reorder briefing schedule and for extension of time to file appellant's brief. Appellant's brief shall be filed by **MAY 29, 2015**. Appellees' brief and cross-appellants' brief will be due thirty days after appellant's brief is filed. Appellant's reply brief and cross-appellee's brief will be due thirty days after appellees' brief and cross-appellant's briefs are filed. Cross-appellants' reply brief will be due twenty days after cross-appellee's brief is filed.

/s/     ELIZABETH LANG-MIERS
        JUSTICE